**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **ANTONIO L JONES #2023040045** | **CASE NO. 3:26-CV-01413 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MOREHOUSE PARISH JAIL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 10], and no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Antonio L. Jones' amended request for medical care for his conditions of confinement claim [Doc. No. 9] is **DENIED** and **DISMISSED WITHOUT PREJUDICE** for lack of standing.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims are **DENIED** and **DISMISSED WITH PREJUDICE** as legally frivolous, and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 26th day of October, 2026.

Terry A. Doughty
United States District Judge